# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

ALTA FAY COX, on behalf of herself and all others similarly situated,

               Plaintiffs,

       v.

PINNACLE BANK, a Tennessee Corporation; and DOES 1-100, inclusive,

               Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:26-cv-02384-AC

**[PROPOSED] ORDER GRANTING STIPULATION OF TIME TO RESPOND TO COMPLAINT**

The Court, having received and considered the Stipulation of Plaintiff Alta Fay Cox and Defendant Pinnacle Bank, and good cause appearing therefore,

HEREBY ORDERS AS FOLLOWS:

Defendant Pinnacle Bank's time to respond to Plaintiff's Complaint is extended 45 days, up to and including August 24, 2026.

**IT IS SO ORDERED:**

DATED: July 9, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 1 -